**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE JOHNSON, | Case No.: 5:23-cv-02635-DFM |
|       Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
|       vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
|       Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,840.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    July 12, 2024

THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Lawrence D. Rohlfing*

4   BY: _____
         Lawrence D. Rohlfing
5        Attorney for plaintiff Gene Johnson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26